FILED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

2015 AUG -6  PM 2: 58

CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE FLORIDA

UNITED STATES OF AMERICA

v.

JASON DEAN BARNES

Case No.      3:15-cr-112-J-39 PDB
Ct. 1         18 U.S.C. § 2252(a)(2)
Forfeitures:  18 U.S.C. § 2253

### INDICTMENT

The Grand Jury charges:

### COUNT ONE
*RLW* *RLW*

On or about July ~~24~~ 29 *RLW*, 2015, at ~~Callahan, in Nassau County~~ Jacksonville *RLW*, in the

Middle District of Florida,

JASON DEAN BARNES,

defendant herein, did knowingly receive a visual depiction using a means and

facility of interstate and foreign commerce, that is, by computer via the internet, the

production of which involved the use of a minor engaging in sexually explicit

conduct, which visual depiction was of such conduct, and which visual depiction is

specifically identified in the computer file titled "juule5.avi."

In violation of Title 18, United States Code, Sections 2252(a)(2)

and 2252(b)(1).

## **FORFEITURES**

1.   The allegations contained in Count One of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures pursuant to the provision of Title 18, United States Code, Section 2253.

2.   Pursuant to Title 18, United States Code, Section 2253, upon conviction of an offense in violation of Title 18, United States Code, Section 2252, the defendant, JASON DEAN BARNES, shall forfeit to the United States of America, any visual depiction described in Title 18, United States Code, Sections 2251, 2251A, 2252, 2252A, and/or 2260, or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped or received in violation of Chapter 110, United States Code; any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from such offense; and any property, real or personal, used or intended to be used to commit or to promote the commission of the offenses.

3.   If any of the property described above, as a result of any act or omission of the defendant:

    a.   cannot be located upon the exercise of due diligence;

    b.   has been transferred or sold to, or deposited with, a third party;

    c.   has been placed beyond the jurisdiction of the court;

    d.   has been substantially diminished in value; or

e. has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property under the provision of Title 18, United States Code, Section 2253(b).

A TRUE BILL,

_____
Foreperson

A. LEE BENTLEY, III
United States Attorney

By: _____
D. RODNEY BROWN
Assistant United States Attorney

By: _____
MAC D. HEAVENER, III
Assistant United States Attorney
Deputy Chief, Jacksonville Division

No.

# UNITED STATES DISTRICT COURT
Middle District of Florida
Jacksonville Division

THE UNITED STATES OF AMERICA

vs.

JASON DEAN BARNES

## INDICTMENT

Violations:

Count 1     18 U.S.C. § 2252(a)(2)

A true bill,

_____
Foreperson

Filed in open court this __6th__ day of August, 2015.

_____
Clerk

Bail   $_____

GPO 863 525