UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 3:15-cr-112-J-39PDB

JASON DEAN BARNES

**UNITED STATES' MOTION
FOR DISCOVERY PROTECTIVE ORDER**

The United States of America, by and through the undersigned Assistant United States Attorney, pursuant to Rule 16(d), Federal Rules of Criminal Procedure, moves this Court for the entry of a discovery protective order, and in support states as follows:

Defendant, Jason Dean Barnes, was charged by indictment on August 6, 2015. The investigation of this case was initiated based on defendant's use of a particular website. The discovery materials that the United States intends to produce pursuant to its discovery obligations under Rule 16, Federal Rules of Criminal Procedure, include certain law enforcement sensitive information related to the ongoing investigation of other users of this website. The dissemination of the investigative materials subject to the United States' discovery obligations, including any search warrant affidavits, reports of investigation, witness statements, court orders, and seized electronic data, could seriously jeopardize this continuing investigation.

Accordingly, good cause exists for this request, and the United States requests that this Court enter a discovery protective order requiring that defendant may not disseminate discovery items to anyone other than counsel and members of defendant's litigation and investigative team. Such protective order should order that defense counsel and defendant's litigation team may show and display materials produced in discovery to defendant, but may not provide a copy of materials produced in discovery to defendant or third parties to keep and maintain in their possession. Moreover, the United States requests that defense counsel and defendant's litigation team be prohibited from disseminating information contained in the discovery materials to any other persons, and ordered to return materials produced in discovery to the United States Attorney's Office within 10 days upon conclusion of the case before this Court, or, if an appeal is taken, upon completion of such an appeal.

The United States also requests that any materials produced in discovery that are filed with the Court in connection with pretrial motions, trial, sentencing, or other matter before this Court, shall be filed under seal and shall remain sealed until otherwise ordered by this Court. This would not entitle either party to seal their filings as a matter of course. The parties would be otherwise required to comply in all respects to the relevant local and federal rules pertaining to the sealing of court documents.

The undersigned has discussed the relief requested herein with counsel for defendant, Jeffrey Gedbaw, Esq., who has indicated that he opposes the entry of a discovery protective order containing the terms requested herein. In light of this objection, the United States requests that this Court stay disclosure of discovery, a portion of which remains under seal, and schedule a hearing on this motion. Unless otherwise directed by the Court, the United States will provide the Court with a proposed protective order at the hearing.

WHEREFORE, the United States respectfully requests that this Court enter a discovery protective order containing the terms set forth herein, after staying disclosure of discovery and setting a hearing on this motion.

    Respectfully submitted,

    A. LEE BENTLEY, III
    United States Attorney

By    *s/ D. Rodney Brown*
    D. RODNEY BROWN
    Assistant United States Attorney
    Florida Bar No. 0906689
    300 N. Hogan Street, Suite 700
    Jacksonville, Florida 32202
    Telephone:    (904) 301-6300
    Facsimile:    (904) 301-6310
    E-mail:    rodney.brown@usdoj.gov

U.S. v. JASON DEAN BARNES　　　　　　　Case No. 3:15-cr-112-J-39PDB

## CERTIFICATE OF SERVICE

I hereby certify that on August 14, 2015, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

>Jeffrey Gedbaw, Esq.
>Assistant Federal Public Defender

>*s/ D. Rodney Brown*
>D. RODNEY BROWN
>Assistant United States Attorney