United States District Court
Middle District of Florida
Jacksonville Division

UNITED STATES OF AMERICA

v.  No. 3:15-cr-112-J-39PDB

JASON DEAN BARNES

---

**Notice of Acceptance of General Discovery**

The defendant, through counsel, accepts general discovery under the Court's standing discovery order.

*Attorney for Defendant*

**Certificate of Service**

I certify that I have hand-delivered a copy of this notice to Rodney Brown, Assistant United States Attorney, 300 North Hogan St., Ste. 7-100, Jacksonville, FL 32202-4270, on August 12, 2015.

*Attorney for Defendant*